UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-02469-JLS-JDE                                   Date:  May 04, 2021
Title:  Su Jeong Shin v. Mercedes-Benz USA, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL**

    The Final Pretrial Conference in this matter is currently scheduled for May 7, 2021 at 10:30 a.m.  However, the parties have not filed a Proposed Final Pretrial Conference Order, or any other required pretrial filings, as provided by the Court's Civil Trial Order (Doc. 13 at 3) and the local rules.  *See* C.D. Cal. R. 16-4 and 16-7.

    Accordingly, the Court **ORDERS** the parties to show cause, in writing, why this case should not be dismissed for failure to comply with the Court's Civil Trial Order no later than **fourteen (14) days** from the issuance of this Order.  A sufficient response will be the filing of the Proposed Final Pretrial Conference Order, and other required filings, along with a declaration explaining the parties' failure to file the required documents.  Failure to timely and adequately respond to this Order will result in the immediate dismissal of this action without further notice.  In light of this Order, the Final Pretrial Conference is continued from May 7, 2021 at 10:30 a.m. to **July 9, 2021 at 10:30 a.m.**

                                                                             Initials of Deputy Clerk: mku