JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SU JEONG SHIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:19-CV-02469 JLS (JDEx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. Each side to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: May 07, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE